IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No.: 09-20067-Civ-GOLD

| | |
|---|---|
| LINDSAY JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHEILA BAIR *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT DUNE CAPITAL MANAGEMENT LP'S
CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO FED.R.CIV.P. 7.1</u>**

Defendant Dune Capital Management LP ("Dune") files this Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 and states that Dune has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: February 10, 2009

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Counsel for Defendant Dune Capital Management LP*
1221 Brickell Avenue
Miami, Florida 33131
(305) 579-0500
(305) 579-0717 (facsimile)

By:   s/Eliot Pedrosa
    Hilarie Bass
    Florida Bar No. 334243
    bassh@gtlaw.com
    Eliot Pedrosa
    Florida Bar No. 182443
    pedrosae@gtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 10, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on counsel listed on the attached Service List this day via transmission of Notices of Electronic Filing generated by CM/ECF and by U.S. Mail on parties not authorized to receive electronically Notices of Electronic Filing.

                                                                                               s/Eliot Pedrosa  
                                                                                               ELIOT PEDROSA

## **SERVICE LIST**

Lindsay Jenkins
300 Burns Street
Forest Hills, New York 11375


Robert Brochin, Esq.
**MORGAN LEWIS**
5300 Wachovia Financial Ctr.
200 S. Biscayne Boulevard
Miami, FL 33131-2339
rbrochin@morganlewis.com
*Counsel for Defendant Deutsche Bank National Trust Company*

*NY 239,357,442v1 2-10-09*