IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No.: 09-20067-Civ-GOLD

LINDSAY JENKINS, )
)
      Plaintiff, )
)
v. )
)
SHEILA BAIR *et al.*, )
)
      Defendants. )

**DEFENDANT IMB MANAGEMENT HOLDINGS LP'S
CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO FED.R.CIV.P. 7.1</u>**

Defendant IMB Management Holdings LP ("IMB") files this Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 and states that IMB has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  February 10, 2009

    Respectfully submitted,

    GREENBERG TRAURIG, P.A.
    *Counsel for Defendant IMB Management Holdings LP*
    1221 Brickell Avenue
    Miami, Florida 33131
    (305) 579-0500
    (305) 579-0717 (facsimile)

    By:   s/Eliot Pedrosa
        Hilarie Bass
        Florida Bar No. 334243
        bassh@gtlaw.com
        Eliot Pedrosa
        Florida Bar No. 182443
        pedrosae@gtlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 10, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on counsel listed on the attached Service List this day via transmission of Notices of Electronic Filing generated by CM/ECF and by U.S. Mail on parties not authorized to receive electronically Notices of Electronic Filing.

                  _____s/Eliot Pedrosa_____
                  ELIOT PEDROSA

## SERVICE LIST

Lindsay Jenkins
300 Burns Street
Forest Hills, New York 11375


Robert Brochin, Esq.
**MORGAN LEWIS**
5300 Wachovia Financial Ctr.
200 S. Biscayne Boulevard
Miami, FL 33131-2339
rbrochin@morganlewis.com
*Counsel for Defendant Deutsche Bank National Trust Company*

*NY 239,357,494v1 2-10-09*